UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

R.N.,

      Petitioner,

        v.                        CAUSE NO. 3:26-CV-715-CCB-SJF

SAM OLSON, MARKWAYNE MULLIN,
TODD M. LYONS, TODD BLANCHE,
and BRIAN ENGLISH,

      Respondents.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release R.N. from custody on the same conditions of supervised release that existed before his re-detention. ECF 14. Respondents report that the petitioner has since been released. ECF 16.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on July 9, 2026.

                        /s/*Cristal C. Brisco*
                        CRISTAL C. BRISCO, JUDGE
                        UNITED STATES DISTRICT COURT